# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD K. KEEHN,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:19-cv-00391 |
| **v.** | : | |
| | : | (Judge Kane) |
| **DEPUTY GEORGE MILLER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 4th day of August 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 34) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Fiske, Gandy, Garcia, Harris, Miller, and Tillman and against Plaintiff Gerald K. Keehn as to all claims asserted against Defendants; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania